**Lewis Roca Rothgerber LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
E-mail:       KHolmstrom@LRRLaw.com
**Michael Charles Brown** (State Bar No. 030524)
Direct Dial: 602.239.7420
Direct Fax: 602.734.3812
E-mail:       MBrown@LRRLaw.com

Attorneys for Defendant Cigna Health & Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nationwide DME, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Cigna Health and Life Insurance Company,<br><br>　　　　　　　　Defendant. | No.<br><br>(Maricopa County Justice Court Case No. CC2014-139949)<br><br>**NOTICE OF REMOVAL** |

Defendant Cigna Health and Life Insurance Company ("CHLIC") removes this action from the Maricopa County Justice Court, Arizona (the "Justice Court"), to the United States District Court for the District of Arizona. CHLIC supports this Notice of Removal with the Declaration of June Ann Hendrik, a CHLIC Legal Liaison (Ex. 1, the "Hendrik Decl."). The Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. 1132(e).

**I.     Introduction.**

This lawsuit involves a dispute over the eligibility of medical services provided by the plaintiff, Nationwide DME, LLC ("Nationwide"), to patient Susan Boudrealt ("Boudrealt"), under the terms of the governing employee welfare benefit plan. Boudrealt was insured under a policy issued by CHLIC to the plan sponsor, USA Hauling & Recycling, Inc. (Hendrik Decl. ¶¶ 1–8). The policy constitutes an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1974

4925585_1

("ERISA"), 29 U.S.C. § 1001, *et seq.* (*Id.* ¶¶ 9, 11). When a disagreement arose over the reimbursable amount of payment for the health care services Nationwide provided to Boudrealt, Nationwide sued CHLIC (*see* Hendrik Decl., ¶ 4) in the Maricopa County Justice Court, Small Claims Division, seeking recovery of benefits—benefits which would be available only by application of the ERISA-governed employee welfare benefit plan issued by the employer of the plan participant, USA Hauling & Recycling, Inc.

Nationwide's complaint alleges that CHLIC acted in bad faith and improperly denied health care claims Nationwide submitted on behalf of the patient Susan Boudrealt. Causes of action for breach of a contract and contract-related claims subject to the provisions of ERISA have long been held to be preempted by ERISA. *See Crull v. GEM Ins. Co.*, 58 F.3d 1386, 1390 (9th Cir. 1995) (affirming summary judgment on grounds that breach of contract claim is preempted by ERISA); *Tingey v. Pixley-Richards West, Inc.*, 953 F.2d 1124, 1131 (9th Cir. 1992) (holding breach of contract claim, among others, preempted by ERISA); *Kanne v. Connecticut Gen. Life Ins. Co.*, 867 F.2d 489, 494 (9th Cir. 1988), *cert. denied*, 492 U.S. 906 (1989) (holding breach of contract claim, among others, preempted by ERISA).

## II.     This Court Has Federal Question Jurisdiction Under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

The insurance policy at issue is governed by ERISA. (*See* Hendrik Decl. ¶¶ 9, 11). This Court has jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

## III.    This Removal Is Timely.

1.  The plaintiff filed this action in the Maricopa County Justice Court on August 14, 2014.

2.  The plaintiff served defendant CHLIC on August 15, 2014, via the Arizona Department of Insurance.

2

3. As this notice is being filed on September 12, 2014, the removal is timely. *See* 28 U.S.C. § 1446(b).

**IV.     The Defendant Has Met All Requirements For Removal.**

1. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

2. Removal is proper pursuant to 28 U.S.C. §§ 1441 and 1446.

3. CHLIC has attached to this Notice copies of all process, pleadings and orders served on CHLIC or filed with the Justice Court prior to the filing of this Notice of Removal.  (Ex. 2, State Court Filings; Ex. 3, Declaration of counsel.)

4. CHLIC has concurrently filed a copy of this notice in the Justice Court.

5. CHLIC has served upon the plaintiff a copy of this notice.

DATED this 12th day of September, 2014.

        LEWIS ROCA ROTHGERBER LLP


By: */s/ Kristina N. Holmstrom*
    Kristina N. Holmstrom
    Michael Charles Brown
Attorneys for Defendant Cigna Health and Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPY of the foregoing mailed to:

      Nationwide DME, LLC
      6929 N. Hayden Road, C4-220
      Scottsdale, AZ  85250


      */s/ E. Vega*
      LEWIS ROCA ROTHGERBER, LLP

4

4925585_1